1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

**HSM PORTFOLIO LLC, et al.**,

Plaintiffs,

v.

**ELPIDA MEMORY, INC., et al.,**

Defendants.

Case No. 5:14-mc-80331-NC

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES ASSOCIATED WITH THIRD-PARTY ORACLE'S MOTION TO QUASH**

Judge: Magistrate Judge Nathanael M. Cousins

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Third-Party Oracle Corporation and Plaintiffs HSM Portfolio LLC and Technology Properties Limited LLC ("Plaintiffs"), submitted a Joint Stipulation to Extend the Deadlines Associated with Oracle's Motion to Quash.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Oracle Corporation's Motion to Quash will be rescheduled for ~~at least thirty (30)~~ February 11, 2015 at 1:00 p.m. in Courtroom 7, 4th Floor, San Jose, ~~days after January 2, 2015~~, and all related deadlines will be adjusted accordingly.

Dated: December __16__, 2014

_____

Magistrate Judge Nathanael M. Cousins

GRANTED

Judge Nathanael M. Cousins