# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **HSM PORTFOLIO LLC, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**ELPIDA MEMORY, INC., et al.**,<br><br>Defendants. | Case No. 5:14-mc-80331-NC<br><br>AMENDED [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES ASSOCIATED WITH THIRD-PARTY ORACLE'S MOTION TO QUASH<br><br>Judge: Magistrate Judge Nathanael M. Cousins |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Third-Party Oracle Corporation and Plaintiffs HSM Portfolio LLC and Technology Properties Limited LLC ("Plaintiffs"), submitted a Joint Stipulation to Extend the Deadlines Associated with Oracle's Motion to Quash.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Oracle Corporation's Motion to Quash will be rescheduled to March 18, 2015 at 1:00 pm, ~~for at least thirty (30)~~

1 | in Courtroom 7, 4th Floor, San Jose, ~~days after February 11, 2015~~, and Plaintiffs' response deadline is extended to

2 | February 16, 2015.

3 | Dated: January  20 , 2015

4 | _____

5 | Magistrate Judge Nathanael M. Cousins

