UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **HSM PORTFOLIO LLC, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **ELPIDA MEMORY, INC., et al.**, <br><br> Defendants. | Case No. 5:14-mc-80331-NC <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION REQUESTING THAT ORACLE'S MOTION TO QUASH BE WITHDRAWN AND THE HEARING ON THAT MOTION BE VACATED** <br><br> Judge: Magistrate Judge Nathanael M. Cousins |

On March 13, 2015, Third-Party Oracle Corporation and Plaintiffs HSM Portfolio LLC and Technology Properties Limited LLC, submitted a Joint Stipulation Requesting that Oracle's Motion to Quash Be Withdrawn and the Hearing on that Motion Be Vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March  17 , 2015

_____
Magistrate Judge Nathanael M. Cousins



[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REQUESTING THAT
ORACLE'S MOTION TO QUASH BE WITHDRAWN AND
THE HEARING ON THAT MOTION BE VACATED

Case No. 5:14-mc-80331-NC                                                                 Page 1